# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CARLA GUTTIERREZ SOZA,

Petitioner,

v.

TODD LYONS, et al.,

Respondents.

Case No. 5:25-cv-02411-RGK-PD

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). No objections to the Report have been filed.

The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Petition is granted, and DHS is ordered to either release Petitioner from custody or provide her a bond hearing before an immigration judge under 8 U.S.C. § 1226(a) within 14 days of the date of the District Judge's accepting this Report and Recommendation.

DATED: 12/4/2025

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE