JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CARLA GUTTIERREZ SOZA,

          Petitioner,

    v.

TODD LYONS, et al.,

          Respondents.

Case No. 5:25-cv-02411-RGK-PD

**JUDGMENT**

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is granted.

DATED:  12/4/2025

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE